PEOPLE *v* ELLIOTT. Appeal from Wayne, Thomas J. Foley, J. Submitted Division 1 December 14, 1971, at Grand Rapids. (Docket No. 10756.) Decided January 27, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Gerald A. Poehlman*, Assistant Prosecuting Attorney, for the people.

*Charles E. Raymond*, for defendant on appeal.

Before: T. M. BURNS, P. J., and R. B. BURNS and FITZGERALD, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of uttering and publishing a forged instrument and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.